## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD HUMBERTO PICO BANO,<br><br>    Petitioner,<br><br>  v.<br><br>MARKWAYNE MULLIN, *in his Official Capacity, Secretary of the U.S. Department of Homeland Security*, *et al.*,<br><br>    Respondents. | No. 4:26-CV-01449<br><br>(Chief Judge Brann) |

## ORDER

### JUNE 15, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Pico Bano's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED** in part;

2.  The Government **SHALL** either shall release Pico Bano on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide Pico Bano with an individualized bond hearing at which he may present evidence on or before Monday, June 29, 2026;

3.  On or before Friday, July 10, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was

granted or denied and, if denied, provide a detailed explanation of the reasons for such denial (beyond simply stating that Petitioner was found to be a danger or flight risk); and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge